IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCO SALAZAR, on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED, § § § § Plaintiffs, § § v. § § ENSIGN UNITED STATES DRILLING (S.W.) INC. and OFS GLOBAL, INC. § § § Defendants. § | | CIVIL ACTION NO. 4:17-cv-00991 |

## ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT WITH PREJUDICE

Before the Court is the Joint Motion for Approval of Settlement and Entry of Final Judgment Dismissing with Prejudice. For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds and concludes that this lawsuit involves a bona fide dispute as to law and fact, including liability, applicable defenses and appropriate damages, if any, including the number of overtime hours of compensable work, if any, performed by each Collective Action Member (i.e., the Named Plaintiff and those individuals who filed consents to join the collective action as plaintiffs, as identified by name on Exhibit 1 to the Settlement Agreement), and the amount of overtime pay, if any, to which each Collective Action Member would be entitled if liability were established. The Court finds that the settlement terms negotiated by the parties and described in their confidential Settlement Agreement, a copy of which was attached to the Motion, are a fair, equitable, and reasonable resolution of a bona fide dispute between the Collective Action Members and the Defendants, that it was negotiated at arms-length with the assistance of qualified counsel,

1

that the Attorney's Fees and Expenses Payment requested in the Motion are reasonable, that the Incentive Payment requested in the Motion is reasonable, and that the settlement of the claims as to the Collective Action Members according to the procedure set forth in the Settlement Agreement is therefore approved. The Parties shall administer the settlement of the claims of the FLSA Class Members as set forth in the Settlement Agreement.

**Therefore, the Court ORDERS** that the Parties' settlement, including the final settlement and release of claims against Ensign United States Drilling Inc., and OFS Global Inc. by Marco Salazar, on behalf of himself and all individuals who filed a consent to join the case, is **APPROVED**; and **ORDERS** that this action, in its entirety, and all claims asserted herein, is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs, expenses and attorneys' fees.

Any other relief is **DENIED**.

**SO ORDERED.**

DATE: November 13, 2018

_____
**HON. LEE H. ROSENTHAL**
**UNITED STATES DISTRICT JUDGE**